UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FRANK MONTEMAYOR,
Institutional ID No. 0183

        Plaintiff,

v.

STAN PARKER,

        Defendant.

No. 1:24-CV-00082-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated August 5, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge